# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN P. KAROLY, JR.,

              Appellant

        v.

MICHAEL MANCUSO, ESQUIRE
ASSISTANT DISTRICT ATTORNEY AND
ERIC KERCHNER, DETECTIVE AND
CHRISTOPHER JONES, ESQUIRE
ASSISTANT DISTRICT ATTORNEY,

              Appellees

: No. 69 MAP 2014
:
: Appeal from the Order of Commonwealth
: Court at No. 622 MD 2005 dated June 12,
: 2014 (supplementing the opinion and
: order of March 12, 2014)
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

PER CURIAM                                DECIDED: April 27, 2015

     **AND NOW,** this 27th day of April, 2015, the Order of the Commonwealth Court is

**AFFIRMED**.